**Joint Letter**

December 21, 2021

> The request is granted. The parties may move to reopen the case by January 26, 2022.
>
> SO ORDERED.
>
> Date: December 24, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Hon. John P. Cronan, USDJ
United States District Court, SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    **Re:**    *I. Construction Manag., LLC v. M. Melnick & Co., Inc. et al.*
            SDNY Dock. # 20-cv-09188-JPC
    **Sub-Re:**    Second Request for Extension of Time to Finalize Settlement

Dear Hon. John P. Cronan,

      The parties have reached a settlement in the above matter. By Order dated November 17, 2021, (ECF Doc. 42), the Court extended the parties' time to restore case to December 27, 2021.

      The parties jointly request a 30-day extension on the Order to January 26, 2021. Both sides have executed the settlement agreement. Defendants have not yet made the agreed payment, and defendants' time to pay the balance is on or before January 6, 2022. As such, the parties request additional 30-days to exchange the settlement funds. This is the parties' second request for an extension of time.

**/s/ Karl Judah Silverberg**
Silverberg P.C.
320 Carleton., Ave 6400
Central Islip, NY 11722


**/s/ Daniel Q. Horner**
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas, 21st Floor
New York, NY 10019